**SO ORDERED.**

**SIGNED this 24th day of August, 2026.**

LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JASON ROBERT COLONY | ) | Case No: B-26-50029 C-13W |
| SSN XXX-XX–9502, | ) | |
| | ) | |
| TRACY DIANE HURLEY | ) | |
| SSN XXX-XX-2755, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN WITH MODIFICATIONS**

This case came before the Court on August 19, 2026, upon the Objection by AmeriCredit Financial Services, Inc. d/b/a/ GM Financial ("AmeriCredit") to the Debtors' Amended Proposed Plan filed on July 13, 2026 (Doc 22) ("Plan"). All necessary Parties having received proper notice, Elizabeth Lawson, Debtors' Counsel and Vernon Cahoon, Chapter 13 Staff Attorney, appeared in the Courtroom.

The Court finds that the Plan as modified below complies with the requirements of 11 U.S.C. §1325. Cause exists to overrule the Creditor's Objection and confirm the modified Plan; therefore, it is

**ORDERED** that the Creditor's Objection is overruled and the Plan is confirmed with the following modifications:

**Section 2.2** of the Plan is amended to provide for payments of:

- $1,375.00 for 3 months (February, March and April, 2026)
- $1,850.00 for 4 months (May, June, July and August 2026)
- $2,092.00 beginning in the 8th month of the Plan (September 2026)

**Section 4.3b** of the Plan is amended to provide for AmeriCredit to have a claim fully secured by its interest in a 2022 Chevrolet Silverado. The claim is in the amount of $32,197.37 and will be paid in full with monthly payments of $708.00 together with 8.75% interest. No Adequate Protection payments are required.

**Section 4.3d** of the Plan is eliminated.

(END OF DOCUMENT)

PARTIES TO BE SERVED
PAGE 1 OF 1
26-50029 C-13W

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**